IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAY AS YOU GO, LLC., <br> Plaintiff, <br> v. <br> AT&T INC. <br> Defendant. | § § § § § § § § § | Civil Action No. 2:23-cv-00462-JRG <br> (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| PAY AS YOU GO, LLC., <br> Plaintiff, <br> v. <br> VERIZON COMMUNICATIONS, INC. <br> Defendant. | § § § § § § § § § | Civil Action No. 2:23-cv-00463-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |
| PAY AS YOU GO, LLC., <br> Plaintiff, <br> v. <br> T-MOBILE USA, INC. <br> Defendant. | § § § § § § § § § | Civil Action No. 2:23-cv-00501-JRG <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**PAY AS YOU GO LLC'S NOTICE OF VOLUNTARY DISMISSAL OF
VERIZON COMMUNICATIONS, INC. WITHOUT PREJUDICE**

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Pay As You Go, LLC hereby gives notice that the above-captioned action (2:23-cv-00463-JRG) against Defendant Verizon Communications, Inc. is voluntarily dismissed WITHOUT PREJUDICE, with all attorneys' fees, costs of court and expenses borne by the party incurring the same.

2

This case is consolidated with Lead Case 2:23-cv-00462-JRG (*Pay As You Go, LLC v AT&T Inc.*) and Member case 2:23-cv-00501-JRG (*Pay As You Go, LLC v T-Mobile USA, Inc.*). This Notice does not affect the proceedings concerning Plaintiff Pay As You Go, LLC and Consolidated Defendants AT&T Inc. and T-Mobile USA, Inc.

Dated: December 29, 2023                              Respectfully submitted,

*/s/ Donald R. McPhail*
Donald R. McPhail (admitted)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

## CERTIFICATE OF SERVICE

      I hereby certify that on December 29, 2023, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-00462.

                                                                */s/ Diana Bowen*