**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | | |
|---|---|---|---|
| PAY AS YOU GO, LLC., | | § | |
| | Plaintiff, | § | |
| | | § | |
| v. | | § | Civil Action No. 2:23-cv-00462-JRG |
| | | § | (Lead Case) |
| AT&T INC. | | § | |
| | Defendant. | § | **JURY TRIAL DEMANDED** |
| | | § | |

| | | | |
|---|---|---|---|
| PAY AS YOU GO, LLC., | | § | |
| | Plaintiff, | § | |
| | | § | |
| v. | | § | Civil Action No. 2:23-cv-00501-JRG |
| | | § | (Member Case) |
| T-MOBILE USA, INC. | | § | |
| | Defendant. | § | **JURY TRIAL DEMANDED** |
| | | § | |

## STIPULATED DISMISSAL BETWEEN PAY AS YOU GO, LLC AND AT&T INC.

Plaintiff Pay As You Go, LLC (hereinafter "PAYG") and Defendant AT&T Inc. (hereinafter "AT&T"), pursuant to Fed. R. Civ. P. 41, hereby stipulate to an order dismissing WITH PREJUDICE all claims for relief against AT&T in lead case 2:23-cv-00462-JRG, with each party to bear its own attorneys' fees, costs of court and expenses.

A proposed ORDER GRANTING STIPULATED DISMISSAL BETWEEN PAY AS YOU GO, LLC AND AT&T INC. is attached hereto.

Dated: January 17, 2024

By: */s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
DUANE MORRIS LLP
1075 Peachtree Street NE
Suite 1700
Atlanta, GA 30309
msyungwirth@duanemorris.com
Telephone: 404.253.6900
Facsimile: 404.253.6901

**Counsel for Defendant AT&T Inc.**

Respectfully submitted,

By*: /s/ Donald R. McPhai     l*
Donald R. McPhail (*admitted*)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

**Counsel for Plaintiff Pay As You Go, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2024 I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-00462.


*/s/ Diana Bowen*