# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PAY AS YOU GO, LLC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-cv-00462-JRG |
| | § | (Lead Case) |
| AT&T INC. | § | |
|     Defendant. | § | **JURY TRIAL DEMANDED** |
| | § | |

| | | |
|---|---|---|
| PAY AS YOU GO, LLC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:23-cv-00501-JRG |
| | § | (Member Case) |
| T-MOBILE USA, INC. | § | |
|     Defendant. | § | **JURY TRIAL DEMANDED** |
| | § | |

## STIPULATION AND MOTION TO DISMISS
## BETWEEN PAY AS YOU GO, LLC AND T-MOBILE USA, INC.

Plaintiff Pay As You Go, LLC (hereinafter "PAYG") and Defendant T-Mobile USA, Inc. (hereinafter "T-Mobile"), pursuant to Fed. R. Civ. P. 41, hereby stipulate to an order dismissing WITH PREJUDICE all claims for relief against T-Mobile, with each party to bear its own attorneys' fees, costs of court and expenses.

A proposed ORDER GRANTING STIPULATION AND MOTION TO DISMISS BETWEEN PAY AS YOU GO, LLC AND T-MOBILE USA, INC. is attached hereto.

Dated: March 18, 2024

By: /s/ Melissa R. Smith
Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
melissa@gillamsmithlaw.com
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

**Counsel for Defendant T-Mobile USA, Inc.**

Respectfully submitted,

By: /s/ Donald R. McPhail
Donald R. McPhail (*admitted*)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

**Counsel for Plaintiff Pay As You Go, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by Plaintiff Pay As You Go LLC and Defendant T-Mobile USA, Inc.

/s/ Donald R. McPhail

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2024, I filed the within through the ECF system and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for C.A. No. 2:23-cv-00462.

/s/ Diana Bowen