# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| PAY AS YOU GO, LLC, | § § § § | |
| *Plaintiff*, | | |
| v. | § § | CIVIL ACTION NO. 2:23-CV-00462-JRG |
| AT&T INC, | § § § | (Lead Case) |
| *Defendant*. | § | |

| | | |
|---|---|---|
| v. | § § | CIVIL ACTION NO. 2:23-CV-00501-JRG |
| T-Mobile USA, Inc., | § § § | (Member Case) |
| *Defendant*. | § | |

## ORDER

Before the Court is the Stipulated and Motion to Dismiss (the "Stipulation") Between Plaintiff Pay As You Go, LLC's ("Pay As You Go") and Defendant T-Mobile USA, Inc. ("T-Mobile"). (Dkt. No. 27.) In the Stipulation, the parties agree that all claims by Pay As You Go against T-Mobile in Member Case 2:23-cv-501 should be dismissed with prejudice. (*Id.*)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Pay As You Go against T-Mobile in Member Case 2:23-cv-501 are **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs and attorneys' fees. Clerk of Court is directed to **CLOSE** the above-captioned member case. The Clerk of the Court is further directed to **CLOSE** the above-captioned lead case as no parties or claims remain.

**So ORDERED and SIGNED this 26th day of March, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE